IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD WENZEL & <br> JUDY WENZEL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:06-cv-23 (RJL) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON:

You will please enter my appearance as counsel for the United States of America in this action.

DATE: March 10, 2006.

Respectfully submitted,

/s/ Michael J. Salem
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' NOTICE OF APPEARANCE was caused to be served upon plaintiffs *pro se* on the 10th day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>RICHARD WENZEL
>JUDY WENZEL
>Plaintiffs *pro se*
>D 1835 County Road C
>Stratford, WI  54484-9330.

>/s/ Michael J. Salem
>MICHAEL J. SALEM

584.1