IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD WENZEL & <br> JUDY WENZEL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:06-cv-23 (RJL) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiffs' complaint.

As grounds for this motion, the United States submits that the Court lacks personal jurisdiction over the United States because it has not been served and the Court lacks subject matter jurisdiction over the complaint.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith. The specific relief sought herein is dismissal of the complaint without prejudice.

DATE: April 19, 2006.

Respectfully submitted,

/s/ Michael J. Salem
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS was caused to be served upon plaintiffs *pro se* on the 19th day of April, 2006, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> RICHARD WENZEL
> JUDY WENZEL
> Plaintiffs *pro se*
> D 1835 County Road C
> Stratford, WI  54484-9330.

>  /s/ Michael J. Salem
> MICHAEL J. SALEM

583.11588120.1