IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD WENZEL & | ) | |
| JUDY WENZEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-23 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together

with the memorandum in support thereof, and having further considered plaintiffs'

[lack of] opposition thereto, the Court concludes that the motion ought to be granted.

Accordingly, it is this _____ day of _____, 2006, at Washington, District

of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the

parties and representative of the party listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

RICHARD WENZEL
JUDY WENZEL
Plaintiffs *pro se*
D 1835 County Road C
Stratford, WI  54484-9330

MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

1588125.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused

to be served upon plaintiffs *pro se* on the 19th day of April, 2006, by depositing a copy

thereof in the United States' mail, postage prepaid, addressed as follows:

> RICHARD WENZEL
> JUDY WENZEL
> Plaintiffs *pro se*
> D 1835 County Road C
> Stratford, WI  54484-9330.

> /s/ Michael J. Salem
> MICHAEL J. SALEM

583.1