FILED
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD WENZEL & )
JUDY WENZEL, )
)
Plaintiffs, )
) Civil Case No. 06-23 (RJL)
v. )
)
UNITED STATES, )
)
Defendant. )

## ORDER
(October 6, 2006) [#4]

On January 6, 2006, plaintiffs filed suit alleging that, beginning with tax year 1994, the Internal Revenue Service disregarded various provisions of the Internal Revenue Code. Plaintiffs sought a refund of all taxes paid, damages for alleged "wrongful collection," and injunctive relief respecting further federal tax collection. After the United States filed a Motion to Dismiss, and the plaintiff failed to respond, on August 28, 2006, the Court issued a "*Fox* Order" informing the plaintiffs, who are proceeding *pro se*, that they must respond within thirty days. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). Plaintiffs have failed to respond.

Local Civil Rule 7.1(b) states that an opposing party must file a memorandum of points and authorities in opposition to a motion within eleven days of the date of service and that "if such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded." The authority of the district court to enforce this rule has

been affirmed by the D.C. Circuit. *See FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (finding that "the discretion to enforce . . . [Rule 7.1(b)] lies wholly within the district court"). Even holding the plaintiffs' pleadings to the less stringent standard afforded *pro se* litigants, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court concludes that the motion to dismiss should be granted.

In consideration of the fact that plaintiff was given notice of the consequences of failing to respond, and the amount of time that has passed, it is, this 6th day of October, 2006, hereby

**ORDERED** that the defendant's motion to dismiss [#4] is GRANTED; and it is further

**ORDERED** that this case be dismissed against defendant United States.

**SO ORDERED.**

```
                          RICHARD J. LEON
                          UNITED STATES DISTRICT JUDGE
```